## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ingram, Thelma Ree

Printed: 10/2/07

Case Number: 04 B 31816
Judge: Hollis, Pamela S

Filed: 8/26/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 30, 2007
Confirmed: December 13, 2004

### SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,000.00 |  |
| Secured: |  | 8,631.44 |
| Unsecured: |  | 856.06 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 506.09 |
| Other Funds: |  | 6.41 |
| Totals: | 10,000.00 | 10,000.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 2. | Option One Mortgage Corp | Secured | 8,368.66 | 8,368.66 |
| 3. | City Of Chicago | Secured | 262.78 | 262.78 |
| 4. | City Of Chicago | Unsecured | 26.46 | 16.02 |
| 5. | Peoples Energy Corp | Unsecured | 76.51 | 0.00 |
| 6. | GE Capital Auto Financial Services | Unsecured | 1,085.30 | 656.62 |
| 7. | Illinois Student Assistance Commission | Unsecured | 303.16 | 183.42 |
| 8. | Time Warner | Unsecured | 10.03 | 0.00 |
| 9. | North Carolina Dept of Revenue | Priority | | No Claim Filed |
| 10. | Auto Nation | Unsecured | | No Claim Filed |
| 11. | American Credit Collection | Unsecured | | No Claim Filed |
| 12. | CitiFinancial | Unsecured | | No Claim Filed |
| 13. | Circuit City | Unsecured | | No Claim Filed |
| 14. | Avco Financial Services Inc | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 17. | J C Penney Card Bank N.A. | Unsecured | | No Claim Filed |
| 18. | Lowes | Unsecured | | No Claim Filed |
| 19. | Heilig-Meyers | Unsecured | | No Claim Filed |
| 20. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 21. | R Steve Bowden Esq | Unsecured | | No Claim Filed |
| 22. | Progress Credit Union | Unsecured | | No Claim Filed |
| 23. | Surgical Consultants | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 10,132.90 | $ 9,487.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ingram, Thelma Ree

Printed: 10/2/07

Case Number: 04 B 31816
Judge: Hollis, Pamela S
Filed: 8/26/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 78.00 |
| 4% | 47.52 |
| 3% | 24.21 |
| 5.5% | 198.25 |
| 5% | 59.37 |
| 4.8% | 76.79 |
| 5.4% | 21.95 |
|  | _____ |
|  | $ 506.09 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_